[No. 5346–II.   Division Two.   May 1, 1981.]

*In the Matter of the Personal Restraint of*
JEFFERY A. JOHNSON, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 8202–7–I.   Division One.   May 4, 1981.]

VANCE GRIBBLE, *Appellant,* v. NEIL KRUYT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 843611, James J. Dore, J., entered November 14, 1979. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Callow, JJ.

[No. 8379–1–I.   Division One.   May 4, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNIE LEE GORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00350–2, H. Joseph Coleman, J., entered January 10, 1980. *Reversed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 8179–9–I.   Division One.   May 4, 1981.]

A. G. ROBINS, ET AL, *Respondents,* v. JULIUS KANE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 55243, Byron L. Swedberg, J., entered December 14, 1979. *Reversed* by unpublished opinion per James, C.J., concurred in by Durham and Corbett, JJ.